## No. C-156

Robert E. Haffke, Executor De Bonis Non of the Estate of Henry Linker, Deceased v. Clarence L. Linker and Mrs. Clarence L. Linker

(514 P.2d 633)
Certiorari dismissed April 5, 1972.

*En Banc.*

## No. C-157

Robert E. Haffke, Executor De Bonis Non of the Estate of Henry Linker, Deceased v. Clarence L. Linker and Henry LeRoy Linker

(514 P.2d 633)
Certiorari dismissed April 5, 1972.